IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THEODOROS GIANNOPOULOS, ALEXANDRA GIANNOPOULOS, JAMES VARSAMIS AND LAUREN MITCHELL VARSAMIS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>IBERIA LÍNEAS AÉREAS DE ESPAÑA, S.A.,<br><br>Defendant. | No. 1:11-cv-00775<br><br>Judge Joan H. Lefkow<br>Magistrate Judge Nan R. Nolan |

### DEFENDANT IBERIA, LÍNEAS AÉREAS DE ESPAÑA, S.A. OPERADORA, SOCIEDAD UNIPERSONAL'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF IBERIA'S DISPOSITIVE MOTIONS

Defendant, IBERIA, LÍNEAS AÉREAS DE ESPAÑA, S.A. OPERADORA, SOCIEDAD UNIPERSONAL ("Iberia"), by and through its attorneys, Edwards Wildman Palmer LLP and Condon & Forsyth LLP, hereby moves for a stay of all discovery pending the resolution of Iberia's dispositive motions. In support of this Motion, Iberia submits the attached Memorandum of Law.

Dated: March 7, 2012

                                    Respectively submitted,

                                    CONDON & FORSYTH LLP

                                    By: _____
                                    Christopher R. Christensen
                                    Michael J. Holland
                                    Anthony U. Battista
                                    7 Times Square
                                    New York, New York 10036
                                    Telephone: (212) 894-6700
                                    Facsimile: (212) 370-4453

                                              – and –

EDWARDS WILDMAN PALMER LLP
Michael L. McCluggage
Brent R. Austin
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

*Attorneys for Defendant*
*IBERIA, LÍNEAS AÉREAS DE ESPAÑA, S.A.*
*OPERADORA, SOCIEDAD UNIPERSONAL*

## CERTIFICATE OF SERVICE

I, Christopher R. Christensen, an attorney, hereby certify that on March 7, 2012, I caused a copy of the Defendant Iberia, Líneas Aéreas de España, S.A. Operadora, Sociedad Unipersonal's Motion to Stay Discovery, and the supporting Memorandum of Law, to be served on all counsel of record via the court's CM/ECF System, which will send electronic notification to the parties and registered attorneys of record that the documents have been filed and are available for viewing and downloading, and via e-mail.

PLAINTIFFS' COUNSEL OF RECORD:

Hank Bates
CARNEY WILLIAMS BATES
BOZEMAN & PULLIAM, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
Tel: (501) 312-8500
Fax: (501) 312-8505
Email: hbates@carneywilliams.com

Jennifer W. Sprengel
CAFFERTY FAUCHER LLP
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
Tel: (312) 782-4880
Fax: (312) 782-4485
Email: jsprengel@caffertyfaucher.com

Vladimir M. Gorokhovsky
LAW OFFICES OF VLADIMIR M. GOROKHOVSKY
6045 North Green Bay Avenue
Suite 2A
Glendale, WI 53209
Email: gorlawoffice@yahoo.com

Christopher R. Christensen